# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PRICHARDA,<br>　　　　　Plaintiff,<br><br>v.<br><br>HAVAS STREET, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:   Civil No. 5:22-cv-03061-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, on this 3rd day of October, 2022, after careful consideration of Defendant T-Mobile's Motion to Dismiss (ECF No. 13) and Plaintiff's Rebuttal to Defendant's Motion to Dismiss and Requested Claims for Relief (ECF No. 15), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion (ECF No. 13) is **GRANTED**.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　United States District Court Judge